IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARGHERITA GUZZI VINCENTI, PATRICIA HUGHES, EMMA GRIFFIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>USA FENCING ASSOCIATION, DONALD ALPERSTEIN, PHIL ANDREWS, DAMIEN LEHFELDT, MOLLY HILL, KAT HOLMES, LAURYN DELUCA, SCOTT RODGERS, ANDREA PAGNANELLI, and JACKIE DUBROVICH,<br><br>Defendants. | Case No.: 4:25-CV-00850-FJG |

## DEFENDANTS' MOTION TO DISMISS

Defendants USA Fencing[1] ("USFA"), Donald Alperstein, Phil Andrews, Damien Lehfeldt, Molly Hill, Kat Holmes, Lauryn Deluca, Scott Rodgers, Andrea Pagnanelli, and Jackie Dubrovich (collectively "Defendants"), by and through undersigned counsel, respectfully request this Court to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(1) through (3) and (6) because (1) this Court lacks personal jurisdiction over Donald Alperstein, Phil Andrews, Damien Lehfeldt, Molly Hill, Kat Holmes, Lauryn Deluca, Scott Rodgers, Andrea Pagnanelli, and Jackie Dubrovich; (2) this Court lacks subject matter jurisdiction over Plaintiffs' claims; (3) Plaintiffs have failed to state a claim upon which relief can be granted; and (4) this venue is improper. For the reasons explained in Defendants' Memorandum in Support of this Motion to Dismiss, this Court should dismiss Plaintiffs Complaint in its entirety.

---

[1] USFA has been improperly named in this matter as USA Fencing Association.

1

WHEREFORE, Defendants request this Court enter an Order dismissing Plaintiffs' Complaint with prejudice and granting all other relief that is just and proper under the circumstances.

/s/ Blake M. Edwards
Vincent E. Gunter, MO # 50343
Blake M. Edwards, MO# 70755
Toni A. Martin, MO# KS-001246
GORDON REES SCULLY MANSUKHANI, LLP
2300 Main Street, Suite 900
Kansas City, MO 64108
Telephone     (816) 303-0815
Facsimile:    (913) 945-1101
vgunter@grsm.com
bedwards@grsm.com
tamartin@grsm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, the foregoing Motion to Dismiss was filed using the Court's electronic filing system which sent notice to all counsel of record.

/s/ Blake M. Edwards
Blake M. Edwards