IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARGHERITA GUZZI VINCENTI, PATRICIA HUGHES, EMMA GRIFFIN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>USA FENCING ASSOCIATION, DONALD ALPERSTEIN, PHIL ANDREWS, DAMIEN LEHFELDT, MOLLY HILL, KAT HOLMES, LAURYN DELUCA, SCOTT RODGERS, ANDREA PAGNANELLI, and JACKIE DUBROVICH,<br><br>      Defendants. | Case No.: 4:25-CV-00850-FJG |

## JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs MARGHERITA GUZZI VINCENTI, PATRICIA HUGHES, EMMA GRIFFIN, individually and on behalf of all others similarly situated, ("Plaintiffs") and USA FENCING ASSOCIATION, DONALD ALPERSTEIN, PHIL ANDREWS, DAMIEN LEHFELDT, MOLLY HILL, KAT HOLMES, LAURYN DELUCA, SCOTT RODGERS, ANDREA PAGNANELLI, and JACKIE DUBROVICH ("Defendants") (collectively "Parties"), by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 6(b), jointly stipulate that Plaintiffs may file its opposition to Defendants' Motion to dismiss [ECF 14] by January 16, 2026.

| | |
|---|---|
| */s/ Blake M. Edwards* | */s/Karin M. Sweigart* |
| Vincent E. Gunter, MO # 50343 | Karin M. Sweigart, MO # 75943 |
| Blake M. Edwards, MO# 70755 | DHILLON LAW GROUP INC. |
| Toni A. Martin, MO# KS-001246 | 177 Post Street, Suite 700 |
| GORDON REES SCULLY MANSUKHANI, LLP | San Francisco, California 94108 |
| 2300 Main Street, Suite 900 | Telephone: (415) 433-1700 |
| Kansas City, MO 64108 | ksweigart@dhillonlaw.com |
| Telephone (816) 303-0815 | |
| Facsimile: (913) 945-1101 | Charles Xiaolin Wang* |
| vgunter@grsm.com | James T. Bacon* |
| bedwards@grsm.com | Mahdavi, Bacon, Halfhill & Young, PLLC |
| tamartin@grsm.com | 11350 Random Hills Road, Suite 700 |
| | Fairfax, Virginia 22030 |
| *Attorneys for Defendants* | cwang@mbhylaw.com |
| | jbacon@mbhylaw.com |
| | |
| | *pro hac vice |
| | |
| | *Attorneys for Plaintiffs* |

**Certificate of Service**

I hereby certify that, on December 23, 2025, a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record.

/s/*Karin M. Sweigart*
Karin M. Sweigart, MO # 75943
*Attorney for Plaintiffs*