IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARGHERITA GUZZI VINCENTI, PATRICIA HUGHES, EMMA GRIFFIN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>USA FENCING, DONALD ALPERSTEIN, PHIL ANDREWS, DAMIEN LEHFELDT, MOLLY HILL, KAT HOLMES, LAURYN DELUCA, SCOTT RODGERS, ANDREA PAGNANELLI, and JACKIE DUBROVICH,<br><br>        Defendants. | Case No.: 4:25-CV-00850-FJG |

## **DESIGNATION OF NEUTRAL**

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows:

NEUTRAL'S NAME: Joe Eischens

_____ Not on List
(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE: \_X\_\_\_\_ Mediation _____ ADR-O

SESSION DATE AND TIME: March 11, 2026, at 9:30 a.m. CST

SESSION LOCATION: Via Zoom

MODE OF SESSION: In person: _____ Virtual: \_\_X\_\_\_\_ Hybrid _____

| | |
|---|---|
| /s/ *Karin M. Sweigart* (with consent) | /s/ *Toni A. Martin* |
| KARIN M. SWEIGART | Vincent E. Gunter, MO # 50343 |
| Mo Bar #75943 | Blake M. Edwards, MO # 70755 |
| KSweigart@dhillonlaw.com | Toni A. Martin, MO# KS-001246 |
| DHILLON LAW GROUP INC. | GORDON REES SCULLY MANSUKHANI, LLP |
| 177 Post Street, Suite 700 | 2300 Main Street, Suite 900 |
| San Franscisco, California 94108 | Kansas City, Missouri 64108 |
| Telephone: (415) 433-1700 | Telephone (816) 303-0815 |
| | Facsimile: (913) 945-1101 |
| Charles Xiaolin Wang | vgunter@grsm.com |
| DC Bar #: 470265 | bedwards@grsm.com |
| cwang@mbhylaw.com | tamartin@grsm.com |
| Mahdavi, Bacon, Halfhill & Young, PPLC | |
| 11350 Random Hills Road, Suite 700 | *Attorneys for Defendants* |
| Fairfax, Virginia 22030 | |
| (703) 420-7620 | |

James T. Bacon
VA Bar #: 22146
jcaon@mbhylaw.com
Mahdavi, Bacon, Halfhill & Young, PPLC
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
(703) 420-7620

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, the above Designation of Neutral was filed using the Court's electronic filing system which sent notice to all counsel of record.

/s/ Toni A. Martin
Toni A. Martin