# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| MARGHERITA GUZZI VINCENTI, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )　　　　Case No. 25-00850-CV-W-FJG |
| | ) |
| USA FENCING ASSOCIATION, at al., | ) |
| | ) |
| Defendant. | ) |

___　Jury Verdict.　　This action came before the Court for a trial by jury.　The issues have been tried and the jury has rendered its verdict.

 X 　Decision by Court.　This action came before the Court.　The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendant's Motion to Dismiss for Failure to State a Claim, is hereby GRANTED.　It is further

**ORDERED** that

This case is hereby DISMISSED without prejudice.

  May 20, 2026                                    Paige Wymore-Wynn           
Date                                                         Clerk

Entered on   May 20, 2026                       /s/ Christy Anderson         
                                                             (By) Deputy Clerk