

## Mr. Charles Wang, Esq. Board Director and General Counsel

Mr. Wang is a passionate fencing parent and a renowned international lawyer, entrepreneur, and law professor, with expertise in Safesport. He serves as a board director of and the pro bono counsel for FFO.

Mr. Wang is a partner and the Chair of Asia Pacific Practice of a Washington DC and Virginia based law firm. He has over 25 years of legal and business experience both domestically and internationally. As an internationally renowned lawyer, he has represented Fortune 500 companies and multinational financial institutions in complex international transactions, litigations, and arbitrations. Before he joined his current law firm, Mr. Wang was a capital markets partner and the chair of Asia practice of one of the oldest and most prestigious New York based international law firm, where he received the Burton Award of Legal Achievement in association with the U.S. Library of Congress. Before that, he served as the head of China practice at a prominent Washington DC national law firm, where he acted as the lead counsel in the largest antidumping case at the time and chaired the Chinese Lawyers' Association of the Greater Washington, D.C. In recent years, Mr. Wang has developed another area of his law practice – compliance of the Safesport Code for the betterment of the sports community.

In addition to his legal expertise, Mr. Wang is a seasoned business executive. He is the current chairman and one of the principal founders of a high performance automotive manufacturer. With over a decade of business career serving as the chairman and CEO of both domestic automotive startups and a multi-billion-dollar international automotive joint venture, Mr. Wang brings extensive expertise to our organization's management and governance.

As a legal scholar, Mr. Wang taught at China's most prestigious Peking University and Tsinghua University law schools, served as a senior research fellow for China Financial Policy Research Center in Beijing and as a legal researcher and lecturer for the International Law Institute of Georgetown University Law Center.

Mr. Wang is licensed in the District of Columbia. He received his juris doctor degree with honors and his LLM degree from Duke University School of Law, his Master of Arts in Development Studies from Ohio University, and his LL.B degree from Xiangtan University College of Law in China.

< Back

© 2023-2026 Fair Fencing Organization. All rights reserved.

## First Open Letter to USFA Board Directors

*December 10, 2024*

Chairman Lehfeldt, esteemed at-large, independent, and athlete directors,

First, congratulations to the newly elected and appointed USA Fencing Board members! We are happy to see the new USFA board has started its duties and some of our concerned items are being brought into discussion. By way of an introduction to those who are not familiar with us, Fair Fencing Organization (FFO) is a nationwide nonprofit organization representing more than 3000 active fencing families who strive to improve fairness, transparency, professionalism, and safety in the fencing sport. Almost all of our members are members of USA Fencing.

Recently, we have voiced some concerns to USFA board members. We would like to bring these concerns to your attention again. To state an obvious fact, USA Fencing is a membership organization. The members fund almost 100% its operation and the members can and should voice their concerns to USFA leadership.

As board members, whether you were elected by the members or appointed by the board, all of you have fiduciary duties to USFA and its members. Your personal political stand or preference should not, and cannot take precedence over the will of majority of the members. Specifically, your decision on issues cannot only satisfy your own feeling of moral superiority or be obsessed with political correctness, while ignoring the interest of members. Among the many issues that are of concerns by a vast majority of members, the following three are of paramount importance to our members.

### 1) National Tournament Sites Selection Criteria

USFA has a policy of prioritizing the States that support women's abortion rights, LGBTQ "relationship and parental recognition," etc. (see lgbtmap.org map below, among others, the MAP is excluding all SE states with significant membership), when it comes to the tournament sites selection. **This is a political choice without a common consensus of the members.** All the reasoning behind this policy is either hypothetical or ideological while disregarding the members' real safety, accessibility issues, and even the organization's financials.



For our FFO members, **Safety** (the crime rate of the tournament city), **Accessibility** (how easy for the fencers to fly to the tournament city), and **Financials** (the cost of tournament location, the fees that fencers and fencing family would pay, and the revenue that will sustain the development of this sport, etc.) are the paramount considerations in selecting a tournament location, therefore we fully support the motion on these three stated criteria.

Nothing else matters more than these three factors. In USFA's prior site selections, our fencers were harassed by hooligans on the street, heard gunshots outside of their hotels, while some families hid for safety in a restaurant's kitchen. It only takes one crime against our members to cause irreparable harm to the fencing community and USFA. **This letter also serves as a notice to USFA leadership that damages to our members are foreseeable and preventable if USFA takes appropriate precautions.**

### 2) Transgender Athletes

**We do not oppose transgender!** We believe that all people should be able to participate in the fencing sport regardless of gender, age, race, nationality, etc. But **the competition must be fair.** That is why we agree with the motion by a board of director to **form an all-**

women task force to conduct a study to better understand the dynamics of transgender participation. Only after a comprehensive study with members' input, a sensible and balanced policy can be formulated.

We respect LGBTQ+ as people's sex orientation and identification. However, when LGBTQ is being abused as a political cult that members cannot even study the issue, it becomes the dictatorship in communist countries, which many of our members have personal experience with. Politics aside, it is a reasonable request to form a task force to do a deeper dive on this issue in fencing and create a safe space where the voices of all women are heard without ridicule and abuse. USFA cannot just ignore the concerns as there are multiple high profile class action lawsuits already on the way regarding this issue. Denying such a task force will force our members to join those lawsuits and put USFA on the defensive stand.

3) USFA's DEI Position

We welcome the diversity in fencing and are glad to see athletes with diversified background, race, age, location, education, and profession participating in the sport. Past decades have proven that diversity evolves naturally. However, there is no need to use members' funds for a paid position for a DEI role, and this is the reason why we support this motion. In principle, USFA should not use members' funds to create any ideologically or politically motivated positions ever unless it is authorized by the majority of the members.

Lastly, we condemn any action selectively leaking board directors' motions to a group of "activists", before board directors have had a chance of any debate and reasoning in a board meeting. We further condemn the attempt to launch preemptive strikes on the social media against directors' fulfillment of their fiduciary duties. We condemn any person, whether elected or not, who tries to use such a social media to shut down elected directors' legitimate motions before the board meeting. It is a gross violation of corporate governance and we are prepared to stand against this and all prior violations of corporate governance committed by any person.

We send this letter to you to reaffirm our position on these issues. The members' will does not depend on the decibel of social media. Most of our members are busy with their work, training, and sending the kids to fencing. They do not use the same Internet forums that you may often see. We are hopeful that we can work with and support this new board to improve this organization and sport. That is why we voice our concerns to this board. However, when important issues like the above ones are ignored, reasonable requests denied, voices through legitimately elected directors silenced, our members will have every reason to believe that USFA is not willing to listen to its members' concerns. Thus our hope that members can participate in the organization's management through general elections of board directors is a mere delusion. When such a constructive approach is not available to our members, we will not hesitate to voice our concerns and positions through other lawful means with full force and resources.

We request USFA to conduct a survey/vote on the topics above among all USFA members so we will all know where the USFA members stand on these issues. For too long USFA has come up with decisions and policies totally disconnected with the majority of the members. We are hopeful that this new board will listen to the members' voices and make much needed changes. The time is now.

Sincerely,
Fair Fencing Organization
www.fairfencing.org

Go Back>>

---

© 2023-2025 Fair Fencing Organization. All rights reserved.

## Open Letter to USA Fencing Members

*December 21, 2024*

Dear USA Fencing members:

In the board meeting held on December 14, 2024, the USFA board rejected a list of motions that Fair Fencing Organization (FFO) are fully in support of. Let's take a look at these motions.

- *Motion:* Make Safety, Accessibility, and Financials the paramount factors when selecting a National Tournament Location, remove prioritizing the states that support women's abortion rights from the consideration

  Board decision: The list of factors is now based on profitability, member experience, cost, travel convenience, square footage requirements, city interest and availability in hosting, and inclusivity which gives preference to sites based on the ratings from LGBTMAP.org, while "deprioritizing" 26 states. In short, Safety is not in the list of considerations. Politically motivated policy of prioritizing the states that support women's abortion rights is now rebranded as Inclusivity with LGBTMap.

- *Motion:* Create an all women taskforce to research the impact that transgender athletes competing in the women's category in Fencing
  Board decision: **Rejected!**

- *Motion:* Play the national anthem at the start of every day during National Tournaments
  Board decision: **Rejected!** The reason claimed to be operational and should not be a board decision. However, playing national anthem every day during national tournament has been a proposal to USFA national office for three years and there was no response or action.

- *Motion:* Prohibit political protest on the podium or in the venue, any political protest can be done outside venue
  Board decision: **Rejected!**

- *Motion:* Replace DEIB as a fulltime position from USA Fencing with the DEIB committee
  Board decision: **Rejected!**

- Proposal: Conduct a survey among all USFA members on the topics above
  Board decision: **Rejected!**

FFO has cited the reasons to support these motions in its public letter (https://www.fairfencing.org/openlettertousfabdon2024-12-10) that we sent to the USFA board on December 10, 2024.

From the board decisions, it is evident that the USFA board is putting their political ideology ahead of our members' interest. Supporting DEIB and transgender is a religion in the mind of our USFA leadership that is imposed on every member without any discussion or study. Its so-called inclusivity does not appear to be applicable to members who have different ideologies from the leadership, even though the latter may constitute the majority of USFA membership. Patriotism is optional! Transparency is selective! Fairness is not a priority!

FFO has made its position clear that while everyone has its own political standings, the board members should not exercise their voting rights based on their own political preferences and disregard members' voices. We requested a survey among all USFA members so the USFA leadership can know what the majority of members want. They refused to conduct such a survey. It is also worth noting that currently only four out of the twelve board directors were elected by the USFA members. The rest of the board directors were appointed by the board or selected by the Athlete Council while the general public neither know how those directors were selected/appointed nor what they stand for.

The recent events have triggered attentions from National medias. At the time of this statement, the following stories were published on the national news.

- Fencing organization pens open letter to USFA over concerns about trans athletes, stances on abortion and DEI

- USA Fencing board votes against motions on hot button issues including all-female task force on trans policy

- USA Fencing Won't Allow National Anthem, But Has No Problem With Transgenders Ruining Women's Dreams

We are glad to see Fencing and the decisions USFA leadership made are now attracting national news' coverage and awareness. We believe that it is a positive development that more people are paying attention to this sport and the issues USFA is facing. FFO will not be set back by the result of this board meeting. We will stand for what we hold dear in this sport: Fairness, Transparency, Safety, and Professionalism. To that end, we will use all our power and strength bestowed by our thousands of members to overcome any obstacles. More developments are on the way. All USFA members, let's unite for the greater good of the fencing community and Make Fencing Sane Again!

Fair Fencing Organization

Go Back>>

© 2023-2025 Fair Fencing Organization. All rights reserved.



## Second Open Letter to USA Fencing Board Directors
*February 6, 2025*

USA Fencing Board Chairman, at-large, independent, and athlete directors,

In the past few weeks, our nation has witnessed a new leadership in our federal government. The new administration has published several executive orders directly impacting organizations like USA Fencing. Some of the executive orders are precisely in line with the proposals that Fair Fencing Organization (FFO) made to USFA prior to the last board meeting. As a result, we request USFA to comply with relevant executive orders by making the following changes to its bylaws and policies.

1) Eliminate all DEI positions and DEIB policies

On January 21, the Administration issued an executive order titled "Ending Illegal Discrimination and Restoring Merit-Based Opportunity", requiring the termination of all DEI offices and DEIB policies within the federal government and all education institutions that receive the federal funds, and encourages the private business to do the same. Section 4 of this executive order - "Encouraging the Private Sector to End Illegal DEI Discrimination and Preferences" - specifically mandates the U.S. Attorney General to make recommendations to the President for enforcing Federal civil-rights laws and taking other appropriate measures to encourage the private sector to end illegal discrimination and preferences, including DEI.

USA Fencing conducts educational activities with overwhelming majority of its members being middle school, high school, and college students. Therefore, it must follow the executive order and make organizational changes to comply with this executive order.

DEI is an ideology inconsistent with meritocracy, the fundamental principal that made America great. More importantly, DEI is defined as illegal discrimination and preference under the executive order and the Administration is cracking down all illegal DEI policies across the nation. In reality, DEI has been proven often a disguise for discrimination, racial quota, and unfairness. **DEI office and DEIB policies need to be eradicated from USA Fencing. This includes removing the LGBTQ map from the NAC location considerations which is an example of illegal DEI policy and inherently discriminatory against half of the country.**

2) Prohibit transgender athletes competing in women's category

The Administration's executive order on February 5, titled "Keeping Men Out of Women's Sports", bans transgender athletes from competing in girls' and women's sports in all educational institutions and athletic associations. USA Fencing is an athletic association under this executive order. We ask you to comply with this executive order and immediately change your rules and policies so that all athletes can only compete in events based their birth gender.

There are already many instances where the transgender athletes participated the women's fencing in tournaments and won unfairly female fencers who could otherwise have medaled in the games. It is outrageously un-sportsmanship, unfair, and unsafe to women athletes. **It is disappointing that USA Fencing has intentionally been confusing the public the issue that who should fence in what category with the nonexistent issue that who should be allowed to fence.** It was never in question that all cisgender and transgender fencers should be allowed to fence, in the category of their birth sex. Consistent with the US government mandate that there are only two genders, male and female at birth, it is our position that everyone is welcome to fence and everyone should fence in the gender they belong to at birth. **USFA transgender and non-binary policy must be completely revamped to comply with the U.S. federal government mandate.**

3) Play National Anthem every day during national tournaments

USA Fencing is a national governing body under USOPC. It represents the United States in the sport of fencing. It needs to have an official policy that the U.S. National Anthem is played every day during all national tournaments. It is utterly unpatriotic to deny such a request by using a pale excuse of it being operational. Currently the National Anthem are played on the first day of some national tournaments. Because our tournaments span multiple days at national level, athletes fencing different weapons and different age groups come on different days of the tournaments, playing national anthem every day is for all participants to honor our country in the biggest fencing events in the US. This is similar to other major sports leagues playing national anthem on every game in the season. The lack of an institutional policy has led to inconsistent practices from one tournament to another. This is precisely the reason that we request you to make it an institutional policy that National Anthem must be played to start every day in all national tournaments. Your excuse to deny such a patriotic request will only further alienate the majority of USFA members and the vast majority of patriotic Americans.

This is the second time that FFO makes these requests to the USFA board. You refused to listen to the members' voice last time, declined to conduct a simple survey among all members on the issues, put your personal ideological preferences ahead of vast majority of members' interest, broke your fiduciary duty, and conducted the last board meeting as a grandstanding political showcase of some directors' personal ideology. Now we would like to know if you will defy the Administration's executive orders.

FFO is working with AAU Fencing to provide the U.S. Attorney General our brief on the illegal and discriminatory DEIB practices by the USFA. FFO is working with ICONS to lead and join class action lawsuits against USFA if USFA continues the current path. In addition, FFO is prepared to launch a separate class action lawsuit against USFA and certain board directors and officers on their breach of fiduciary duty, conflicts of interest, financial and accounting irregularities, and other violations of corporate governance, if the board and USFA leadership continue on its current path without fulfilling its duties under the applicable statutes and USFA's bylaws. Being a board director comes with great responsibility and accountability. FFO once again urges each and every board member to perform his/her fiduciary duty to all the members and to the organization. As board directors, whether elected or appointed, you should serve the community, including the majority of the members, not just some special interest groups or DEI classes. We, the members, will no longer tolerate and be burdened with any unpatriotic, anti-meritocracy, or discriminatory actions, practice, and policies by USA Fencing. We, the members, intend to hold each and every board director accountable in the performance of his or her fiduciary duty to the fullest extent permitted by law.

Regards,

Fair Fencing Organization

Go Back>>

© 2023-2025 Fair Fencing Organization. All rights reserved.

*February 12, 2025*

Dear Fencing Parents, Fencers, Coaches, Referees, USA Fencing members, and Everyone who loves fencing:

Fair Fencing Organization (FFO) is a nationwide nonprofit representing thousands of fencing families committed to improve fairness, transparency, professionalism, and safety within the sport of fencing. Over the past few years, we have witnessed many troubling actions by USA Fencing (USFA), the National Governing Body for fencing in the United States. These actions and policies have been disconnected with vast majority of the members. The USFA board, according to its bylaws and the applicable non-profit organization law, is supposed to perform the fiduciary duties on behalf of ALL USFA members, but has failed to serve and protect the interest of majority of its members.

There is a long list of issues with USA Fencing, ranging from corporate governance and financial accountability to transparency, conflict of interest, and weaponization of the disciplinary actions. These issues include:

- Breach of fiduciary duties entrusted by USFA members
- The unlawful removal of the democratically elected USFA President Peter Burchard
- Withholding crucial information from members regarding the selection process of USFA board replacement candidates
- Infringement on the rights of the female athletes by allowing biological male to participate in women's sports
- The wrongful application of DEI policies in NAC site selection, prioritizing cities/states based on a "LGBTQ map", leading to the exclusion of the Southern states and the disastrous 2025 January NAC, where thousands of members were trapped in Kansas City
- Selective silencing and disciplining of members
- Intimidation of USFA members to deter participation in AAU tournaments, aiming to solidify USFA's monopoly
- Paying below minimum wage to referees in tournaments while diverting the financial resources to matters unrelated to fencing
- Conflicts of interest in officer appointments, nominations, and business dealings with related parties
- Using another corporate shell for channeling funds in violation of the sole purpose of such shell company and potential violation of IRS code
- Forcing clubs to purchase insurances with a mandate that 100% participants must be USFA members

Since February 2024, we have made several attempts to communicate with USFA Board and leadership regarding some of the issues. Our efforts have been met with disregard, as demonstrated by the USFA Board's December meeting, which revealed their utter lack of respect for member concerns. For more context, please refer to our public letters to the USFA and our open letter to the community:

https://www.fairfencing.org/press-release/1st-open-letter-to-usfa-bd
https://www.fairfencing.org/press-release/open-letter-to-usa-community-122124
https://www.fairfencing.org/press-release/2nd-open-letter-to-usfa-bd

The problems with USA Fencing extend far beyond these letters. The organization has been hijacked by a small group of people with special interests and activists driven by radical political ideologies. They use USA Fencing as a platform to advance their personal political beliefs and to satisfy their own emotions of moral high ground. Sadly, the interests of the fencing community come second - if they come at all.

After years of efforts to bring changes from within, we came into a conclusion that this organization can only be transformed by external force. To that end, we are working with lawyers to launch a class action lawsuit against USA Fencing. **This lawsuit is solely directed to hold the USFA leadership accountable, including those who influence and control the USFA management behind the scene. FFO acknowledges its appreciation of USFA staff members, referees, and many volunteers who have made tremendous contributions to the development of this great sport.**

We are here to respectfully ask for your financial support. **Your entire contribution will go directly toward funding this lawsuit. Donations can be made either via our GoFundMe page** (https://www.gofundme.com/f/Hold-USA-Fencing-Accountable**) or via Zelle using our FFO ID: info@fairfencing.org**. Please include your name and contact info (email) when you make a contribution. Every donation, no matter the size, brings us closer to a fairer and more transparent fencing community.

FFO is a registered 501(c)(3) non-profit organization (EIN: 93-2129552), Your donation to FFO is tax-deductible to the fullest extent allowed by law. Your donation of even $5, will empower us to expand our programs, strengthen our initiatives, and provide valuable resources that positively impact fencers, coaches, referees, and the broader fencing community.

We will keep you informed about the tangible impacts of your contributions including a monthly update on the donations and expenditures. For the latest news on our initiatives and success stories, we invite you to visit our website at https://www.fairfencing.org/press-release, or feel free to reach out to us directly at info@fairfencing.org.

Thank you for your generous support. Together, we will make significant strides in exposing corruption and restoring integrity to the sport of fencing.

With sincere appreciation,

Fair Fencing Organization

Please scan the GoFundMe barcode with your camera or the Zelle barcode in your bank app to make your donation to Fair Fencing Organization.



**Hold USA Fencing Accountable**
GoFundMe



Zelle to: info@fairfencing.org

Go Back>>

© 2023-2025 Fair Fencing Organization. All rights reserved.

Home     Mission Statement     Membership     Services     Board     Executive Team     Press Release     Contact

*4-7-2025*

FFO Applauds USOPC's new policy to protect women's Sport

The Fair Fencing Organization (FFO)'s General Counsel, Mr. Charles Wang, is representing Ms. Stephanie Turner in connection with the recent incident in which she was expelled from a USA Fencing-sanctioned tournament. We commend Ms. Turner for her courage and for standing up on behalf of female fencers.

We also strongly condemn the cyberbullying directed at Ms. Turner and her supporters within the USA Fencing community. Expressing differing opinions and engaging in respectful, civil debate is a cornerstone of any healthy community. However, spreading hatred, resorting to labels, and attacking those who hold different views is unacceptable.

At the same time, we are deeply troubled by reports that some USA Fencing officials have been harassed and even received death threats following media coverage of the incident. FFO unequivocally condemns all forms of bullying, harassment, violence, or threats—regardless of the target. No one in the fencing community, or in society at large, should be subjected to such behavior.

FFO represents thousands of members of USA Fencing and remains committed to promoting fairness, transparency, professionalism, and safety within the sport. We will continue to engage through peaceful, respectful, and lawful means to support these values.

 Go Back>>

© 2023-2026 Fair Fencing Organization. All rights reserved.